# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CECIL EDWARD JACKSON | ) Case No: 3:90CR00085-001 |
| | ) USM No: 08275-058 |
| Date of Previous Judgment: 4/28/1992 (amended) | ) None |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __Life, plus 145 years__ months **is reduced to** __360 months plus 145 years__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 44                    Amended Offense Level: 42
Criminal History Category: IV                 Criminal History Category: IV
Previous Guideline Range: Life to Life months   Amended Guideline Range: 360 to life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): The 360 months sentence if for Counts Two and Eleven only. The defendant is also serving consecutive sentences of 145 years for 13 counts of violations of 18 U.S.C. § 924(c), thus his aggregate sentence is hereby reduced to 2100 months.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __4/28/1992__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 14, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge