# UNITED STATES DISTRICT COURT
for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: __3:90CR00085-001__ |
| CECIL EDWARD JACKSON | ) | USM No: __08275-058__ |
| | ) | None |
| Date of Previous Judgment: __4/28/1992 (amended)__ | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __Life, plus 145 years__ months **is reduced to** 360 months plus 145 years _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: __44__ | Amended Offense Level: __42__ |
| Criminal History Category: __IV__ | Criminal History Category: __IV__ |
| Previous Guideline Range: __Life__ to __Life__ months | Amended Guideline Range: __360__ to __life__ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain): The 360 months sentence if for Counts Two and Eleven only. The defendant is also serving consecutive sentences of 145 years for 13 counts of violations of 18 U.S.C. § 924(c), thus his aggregate sentence is hereby reduced to 2100 months.

## III.  ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __4/28/1992__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __September 14, 2009__

Effective Date: _____
(if different from order date)

Martin Reidinger
**United States District Judge**