UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00085-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CECIL EDWARD JACKSON,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to Make Available to Defendant a Copy of the Sealed [Supplemental] PSR Filed in His Case (#181) and Motion to Vacate and Reconsider Court's order Denying Pro Se Motion to Reduce Sentence Under 18 U.S.C. § 3582(c) (#182). The court will grant the first motion and require the government to file a Response to the second motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Make Available to Defendant a Copy of the Sealed [Supplemental] PSR Filed in His Case (#181) is GRANTED, and the Clerk of Court is instructed to mail a copy of the Supplemental PSR (#168) to defendant. The government shall file a response to defendant's Motion to Vacate and Reconsider Court's Order Denying Pro Se Motion to Reduce Sentence Under 18 U.S.C. § 3582(c) (#182) within 14 days.

Signed: March 11, 2016



Max O. Cogburn Jr.
United States District Judge