UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-CR-00085-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CECIL EDWARD JACKSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's request to Supplement Motion for Leave Pursuant to First Step Act and a Motion to Amend his Sentencing Reduction Motion. (Doc No. 244). For the reasons set forth in the motion, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Defendant's request to Supplement Motion for Leave Pursuant to First Step Act and his Motion to Amend his Sentencing Reduction Motion. (Doc. No. 244) are **GRANTED**.

Signed: March 8, 2021

Max O. Cogburn Jr
United States District Judge

1